| AO 10 Rev. 1/2014 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2013 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
| --- | --- | --- |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
| --- | --- | --- |
| Broderick, Vernon S. | District Court, Southern District of New York | 02/25/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
| --- | --- | --- |
| District Court, Southern District of New York | ☐ Nomination    Date ☐ Initial    ☑ Annual    ☐ Final | 01/01/2013 to 12/31/2013 |
| | 5b. ☐    Amended Report | |

**7. Chambers or Office Address**

500 Pearl Street, Room 410
New York, NY 10007

> ***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐    NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- | --- |
| 1. | Member Board of Directors | Justice Resource Center |
| 2. | Members Board of Directors | City Bar Fund |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐    NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
| --- | --- | --- |
| 1. | 2013 | Weil, Gotshal & Manges LLP Partnership Agreement -- capital distributions upon leaving partnership |
| 2. | 2013 | Weil, Gotshal & Manges LLP Partnership Agreement -- pension plan provisions |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Broderick, Vernon S. | 02/25/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Broderick, Vernon S. | 02/25/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Broderick, Vernon S. | 02/25/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Citibank Cash Accounts | A | Interest | N | T | | | | | |
| 2. American Funds New Perspective Fund | B | Dividend | K | T | | | | | |
| 3. American Funds Investment Company of America | A | Dividend | K | T | | | | | |
| 4. Dodge & Cox Stock Fund | A | Dividend | K | T | | | | | |
| 5. First Pacific Capital Fund | B | Dividend | K | T | | | | | |
| 6. PIMCO Total Return Fund | C | Dividend | K | T | | | | | |
| 7. RS Money Market Fund | A | Dividend | J | T | | | | | |
| 8. SEI Instutional Managed Trust Core Fixed Income Fund | D | Dividend | N | T | | | | | |
| 9. SEI International Managed Trust High Yield Bond Fund | C | Dividend | L | T | | | | | |
| 10. SEI International Fixed Income Fund | C | Dividend | L | T | | | | | |
| 11. SEI International Trust Emerging Markets Debt Fund | D | Dividend | L | T | | | | | |
| 12. SEI Tax Exempt Trust Tax Free Portfolio | A | Dividend | L | T | | | | | |
| 13. T. Rowe Personal Strategy Income Fund | B | Dividend | L | T | | | | | |
| 14. T. Rowe Personal Strategy Balanced Fund | A | Dividend | K | T | | | | | |
| 15. Vanguard Institutional Index Fund | A | Dividend | K | T | | | | | |
| 16. Vanguard Money Market Fund | A | Dividend | L | T | | | | | |
| 17. Wasatch Small Cap Growth Fund | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Broderick, Vernon S. | 02/25/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Guardian Whole Life | C | Dividend | M | T | | | | | |
| 19. Northwestern Mutual Whole Life | B | Dividend | L | T | | | | | |
| 20. Northwestern Mutual Variable Life - Select Bond | A | Dividend | J | T | | | | | |
| 21. Northwestern Mutual Variable Life - International Equity | A | Dividend | J | T | | | | | |
| 22. Northwestern Mutual Variable Life - Index 500 Stock | A | Dividend | K | T | | | | | |
| 23. Northwestern Mutual Variable Life - Mid Cap Growth Stock | A | Dividend | J | T | | | | | |
| 24. SMA Universal (fixed rate) Life Insurance | A | Dividend | J | T | | | | | |
| 25. NY 529 - Aggressive Growth Portfolio | A | Dividend | J | T | | | | | |
| 26. NY 529 - Bond Market Index Portfolio | A | Dividend | J | T | | | | | |
| 27. NY 529 - Conservative Growth Portfolio | A | Dividend | J | T | | | | | |
| 28. NY 529 - Growth Portfolio | A | Dividend | J | T | | | | | |
| 29. NY 529 - Growth Stock Index Portfolio | A | Dividend | J | T | | | | | |
| 30. NY 529 - Income Portfolio | A | Dividend | J | T | | | | | |
| 31. NY 529 - Inflation-Protected Securities Portfolio | A | Dividend | J | T | | | | | |
| 32. NY 529 - Interest Accumulation Portfolio | A | Dividend | J | T | | | | | |
| 33. NY 529 - Moderate Growth Portfolio | A | Dividend | J | T | | | | | |
| 34. NY 529 - Value Stock Index Porfolio | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Broderick, Vernon S. | 02/25/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Vernon S. Broderick**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544